JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN VOGEL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MOER FOODS, INC. dba DENNY'S #7435; MARDESICH COMPANY TORRANCE, LLC,<br><br>　　　　Defendants.<br>_____ | Case No. CV 15-00826 DDP (RZx)<br><br>**ORDER REMOVING CASE FROM ACTIVE CASELOAD** |

　　IT IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court. All pending calendar dates are vacated by the Court. This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: September 30, 2015

　　　　　　　　　　　　　　　　　　*Dean D. Pregerson*
　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　United States District Judge